IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JOSEPH BENSON,

    Plaintiff,

v.                                 Case No. 18C0538

MICHAEL MEISNER, et al.,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties, by the undersigned representatives, stipulate to dismiss the above case with prejudice and without assessment of costs to any of the parties.

Dated this 14th day of May, 2019.          Dated this 14th day of May, 2019.

JOSHUA L. KAUL
Attorney General of Wisconsin

| | |
|---|---|
| s/Rebecca A. Paulson | s/ Ben Elson |
| REBECCA A. PAULSON | BEN ELSON |
| Assistant Attorney General | State Bar #1055444 |
| State Bar #1079833 | *Attorney for Plaintiff* |
| *Attorneys for Defendants* | |
| | |
| Wisconsin Department of Justice | People's Law Office |
| Post Office Box 7857 | 1180 N. Milwaukee Ave |
| Madison, Wisconsin 53707-7857 | Chicago, IL 60642 |
| (608) 266-0278 | (773) 235-0070 |
| (608) 267-8906 (Fax) | (773) 235-6699 (Fax) |
| paulsonra@doj.state.wi.us | ben.elson79@gmail.com |